# M A N D A T E

THE STATE OF TEXAS

**TO THE 288TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 10, 2014, the cause upon appeal to revise or reverse your judgment between

James W. Carroll, Appellant

V.

Joan Castanon, Appellee

No. 04-13-00231-CV and Tr. Ct. No. 1998-CI-09347

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the portions of the trial court's order awarding a monetary judgment and attorney's fees are REVERSED, and the case is REMANDED to the trial court for further proceedings consistent with this opinion.**

**It is ORDERED that appellant James W. Carroll recover his costs of this appeal from appellee Joan Castanon.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 1, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00231-CV

**James W. Carroll**

**v.**

**Joan Castanon**

(NO. 1998-CI-09347 IN 288TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| CERTIFIED COPY | $30.00 | PAID | RUSELL HEFFNER |
| MOTION FEE | $15.00 | E-PAID | ROBINSON RAMSEY |
| MOTION FEE | $10.00 | E-PAID | TERESA RODRIGUEZ |
| MOTION FEE | $10.00 | E-PAID | ANTHONY WALLUK |
| MOTION FEE | $10.00 | E-PAID | ANTHONY WALLUK |
| MOTION FEE | $10.00 | E-PAID | ROBINSON RAMSEY |
| MOTION FEE | $10.00 | E-PAID | ANTHONY WALLUK |
| MOTION FEE | $10.00 | E-PAID | ANTHONY WALLUK |
| MOTION FEE | $10.00 | E-PAID | ANTHONY WARREN WALLUK |
| MOTION FEE | $10.00 | PAID | ANTHONY W. WALLUK |
| MOTION FEE | $10.00 | PAID | ANTHONY W. WALLUK |
| MOTION FEE | $10.00 | PAID | ANTHONY W. WALLUK |
| CLERK'S RECORD | $212.00 | PAID | LAURA PENA |
| MOTION FEE | $10.00 | PAID | ANTHONY W. WALLUK |
| CERTIFIED COPY | $20.00 | PAID | ANTHONY WULLUK |
| INDIGENCY FILING FEE | $25.00 | PAID | ANTHONY W. WALLUK |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ANTHONY W. WALLUK |
| FILING | $100.00 | PAID | ANTHONY W. WALLUK |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 1, 2015.



**KEITH E. HOTTLE, CLERK**

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853